IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTY LEE GEORGE, #146 034,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CASE NO.  2:13cv-947-WHA |
| ) | |
| EASTERLING CORRECTIONAL FACILITY, ) | (WO) |
| et al.,   ) | |
| ) | |
| Defendants.   ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #3), entered on March 5, 2014, and after a review of the file, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

DONE this 26th day of March, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE