IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTY LEE GEORGE, #146 034, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:13cv-947-WHA |
| | ) |
| EASTERLING CORRECTIONAL FACILITY, et al., | ) (WO) |
| | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED without prejudice.

DONE this 26th day of March, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE